IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert S. Comer, :
:
    Plaintiff, :
: Case Number: 1:21cv799
vs. :
: Judge Susan J. Dlott
Brian Baker, et al., :
:
    Defendants. :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman filed on January 20, 2022 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 3, 2022, hereby ADOPTS said Report and Recommendations.

Accordingly, plaintiff's complaint, as amended, is DISMISSED with prejudice. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that an appeal of this Order would not be taken in good faith an denies plaintiff leave to appeal in forma pauperis.

IT IS SO ORDERED.

                                                          Judge Susan J. Dlott
                                                          United States District Court